Amanda L. Groves (SBN: 187216)
agroves@winston.com
**WINSTON & STRAWN LLP**
101 California Street, 35th Floor
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Kobi K. Brinson (*pro hac vice*)
kbrinson@winston.com
Stacie C. Knight (*pro hac vice*)
sknight@winston.com
**WINSTON & STRAWN LLP**
100 North Tryon Street
Charlotte, NC 28202-1078
Telephone: (704) 350-7700
Facsimile: (704) 350-7800

Attorneys for Defendants
WELLS FARGO & COMPANY,
WELLS FARGO BANK, N.A.,
WELLS FARGO HOME MORTGAGE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTOR MUNIZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and WELLS FARGO HOME MORTGAGE<br><br>Defendants. | Case No. 3:17-cv-04995-MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION REQUESTING LEAVE TO FILE SUR-REPLY IN RESPONSE TO PLAINTIFF'S MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL** |

# [PROPOSED] ORDER

After reviewing Defendants' Administrative Motion Requesting Leave to File Sur-Reply in Response to Plaintiff's Motion for Appointment of Interim Class Counsel, the Stipulation in Support of the Administrative Motion, and Proposed Order,¹ Defendants' Administrative Motion Requesting Leave to File Sur-Reply in Response to Plaintiff's Motion for Appointment of Interim Class Counsel is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: November 7, 2017

The Honorable Maxine M. Chesney
United States District Court Judge

1. The Court notes that the chambers copies of the above-listed documents were submitted in double-sided format. Defendants are hereby reminded that chambers copies of all documents filed in the instant case are to be submitted in single-sided format. See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2; Civil L.R. 3-4 (setting forth requirements for "papers presented for filing"); Civil L.R. 3-4(c)(2) (providing "text must appear on one side only").

1

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION REQUESTING LEAVE TO FILE SUR-REPLY IN RESPONSE TO PLAINTIFF'S MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL

3:17-cv-04995-MMC