1  Matthew J. Preusch (SBN 298144)
   **KELLER ROHRBACK L.L.P.**
2  801 Garden Street, Suite 301
3  Santa Barbara, CA 93101
   Phone: 805-456-1496
4  Fax:   805-456-1497
   Email: mpreusch@kellerrohrback.com
5
6  Derek W. Loeser, *admitted pro hac vice*
   Gretchen Freeman Cappio, *admitted pro hac vice*
7  **KELLER ROHRBACK L.L.P.**
   1201 Third Avenue, Suite 3200
8  Seattle, WA 98101-3052
   Phone: 206-623-1900
9  Fax:   206-623-3384
   Email: dloeser@kellerrohrback.com
10        gcappio@kellerrohrback.com
11
   *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTOR MUNIZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and WELLS FARGO HOME MORTGAGE,<br><br>Defendants. | No. 3:17-cv-04995-MMC<br><br>**STIPULATED ADMINISTRATIVE MOTION AND [PROPOSED] ORDER VACATING CONSOLIDATION ORDER, CONTINUING HEARING, AND SETTING DEADLINE FOR AMENDED COMPLAINT**<br><br>Judge:   Maxine M. Chesney |

## I.   INTRODUCTION

Pursuant to Civil L.R. 7-11 and Fed. R. Civ. P. 15(A)(2), and following the voluntary dismissal of *Brach v. Wells Fargo & Co. et al.*, No. 17-cv-05990 (N.D. Cal.), Plaintiff Victor Muniz; Defendants Wells Fargo & Co., Wells Fargo Bank, N.A., and Wells Fargo Home Mortgage (collectively, "Defendants" or "Wells Fargo") stipulate to this administrative motion seeking the following relief:

- vacating this Court's prior order, Dkt. 45, consolidating this action with *Brach v. Wells Fargo & Co. et al.*, No. 17-cv-05990 (N.D. Cal.);

- continuing the December 8, 2017 hearing on Plaintiffs' Motion for Appointment of Interim Class Counsel, Dkt. 26, to January 12, 2018, to coincide with the Case Management Conference in this matter scheduled for that date; and

- permitting Plaintiff Muniz to file an Amended Complaint in this matter by December 18, 2017, and for the Parties to adhere to the previously-agreed to briefing schedule for an amended complaint. *See* Dkt. 45 (consolidation and briefing schedule order).

## II. RELEVANT PROCEDURAL BACKGROUND

On August 28, 2017, Plaintiff Victor Muniz, individually and on behalf of all others similarly situated, filed the complaint in this matter alleging claims arising out of Wells Fargo's mortgage interest rate lock extension fee practices. Dkt. 1. On October 5, 2017, Plaintiff Muniz moved this Court to appoint Keller Rohrback L.L.P. as interim lead counsel under Fed. R. Civ. P. 23(g). Dkt. 26.

On October 19, 2017, plaintiff Brian Brach filed *Brach v. Wells Fargo & Co. et al.*, No. 17-cv-05990 (N.D. Cal.), which the parties agreed met the requirements for related cases under Civil Local Rule 3-12. This Court related those cases on November 6, 2017, Dkt. 41, and consolidated them on November 15, 2017, setting a deadline of December 18, 2017 for a Consolidated Amended Complaint and deadlines for responsive pleading and briefing. Dkt. 45. Following the filing of *Brach*, Plaintiff Muniz revised his interim lead counsel motion to seek appointment of both Keller Rohrback and the Gibbs Law Group as co-lead counsel. That motion is set to be heard by this Court on December 8, 2017. Dkt. 42.

On November 29, 2017, following the Court's consolidation and scheduling orders, Plaintiff Brach voluntarily dismissed his case against Wells Fargo, *Brach v. Wells Fargo & Co. et al.*, No. 17-cv-

No. 3:17-cv-04995-MMC      2      STIPULATION VACATING CONSOLIDATION ORDER

05990 (N.D. Cal.) with prejudice, Dkt. 26. The Gibbs Law Group is no longer seeking appointment as interim co-lead counsel in this matter.

Upon learning of Mr. Brach's intent to dismiss his case, counsel for the Parties conferred on November 28, 2017 to discuss how to ease the burden on the Court given the changed circumstances, while allowing this matter to efficiently proceed. The Parties agree that the dismissal of the previously-consolidated *Brach* matter creates good cause for changes to the Court's schedule, and therefore respectfully request the following relief.

### III. ORDER

PURSUANT TO STIPULATION IT IS SO ORDERED:

This Court's prior consolidation order, Dkt. 45, is VACATED. The action *Muniz v. Wells Fargo & Co. et al.*, No. 3:17-cv-04995 is no longer consolidated with *Brach v. Wells Fargo & Co. et al.*, No. 17-cv-05990.

Plaintiff Muniz shall file an amended complaint by December 18, 2017. Defendants shall have until February 1, 2018, to answer or otherwise respond to the amended complaint. If Defendants file any motions directed at the amended complaint, the opposition and reply briefs shall be filed by March 19, 2018 and April 12, 2018, respectively, unless otherwise agreed upon by the parties.

The deadline for Plaintiff Muniz to oppose Defendants' pending Motion to Dismiss, Dkt. 37, and Motion to Strike Plaintiff's Class Definition and Tolling Allegations, Dkt. 38, is hereby extended to December 18, 2017. The filing of any amended complaint by that date shall render moot those Motions.

The hearing on Plaintiffs' Motion for Appointment of Interim Class Counsel, Dkt. 26, currently scheduled for December 8, 2017, is continued to January 12, 2018 to coincide with the Case Management Conference currently scheduled for this matter.

DATED this 30th day of November, 2017.

| | |
|---|---|
| */s/ Derek W. Loeser* | */s/ Amanda L. Groves (w/permission)* |
| Derek W. Loeser (SBN 24274) | Amanda L. Groves (SBN 187216) |
| Counsel for Plaintiff *Muniz* | Counsel for Defendants |

*/s/ Matthew J. Preusch*
Matthew J. Preusch (SBN 298144)
Counsel for Plaintiff *Muniz*

**PURSUANT TO STIPULATION IT IS SO ORDERED**

DATED: November 30, 2017

Hon. Maxine M. Chesney
United States District Court Judge