Derek W. Loeser, *admitted pro hac vice*
Gretchen Freeman Cappio, *admitted pro hac vice*
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900; Fax: (206) 623-3384
dloeser@kellerrohrback.com
gcappio@kellerrohrback.com

Matthew J. Preusch (Bar No. 298144)
**KELLER ROHRBACK L.L.P.**
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456-1496; Fax: (805) 456-1497
mpreusch@kellerrohrback.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTOR MUNIZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and WELLS FARGO HOME MORTGAGE,<br><br>Defendants. | No. 3:17-cv-04995-MMC<br><br>**PLAINTIFF MUNIZ NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge:   Maxine M. Chesney |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Victor Muniz voluntarily dismisses this action against Wells Fargo & Co., Wells Fargo Bank, N.A., and Wells Fargo Home Mortgage without prejudice.

1  DATED this 1st day of June, 2018.

2                                                         KELLER ROHRBACK L.L.P.

3

4                                                         By: */s/ Derek W. Loeser*_____
                                                          Derek W. Loeser, *admitted pro hac vice*
5                                                         Gretchen Freeman Cappio*, admitted pro hac vice*
                                                          **KELLER ROHRBACK L.L.P.**
6                                                         1201 Third Avenue, Suite 3200
                                                          Seattle, WA 98101-3052
7                                                         (206) 623-1900; Fax: (206) 623-3384
                                                          dloeser@kellerrohrback.com
8                                                         gcappio@kellerrohrback.com
9
                                                          Matthew J. Preusch (Bar No. 298144)
10                                                        **KELLER ROHRBACK L.L.P.**
                                                          801 Garden Street, Suite 301
11                                                        Santa Barbara, CA 93101
                                                          (805) 456-1496; Fax: (805) 456-1497
12                                                        mpreusch@kellerrohrback.com
13

14

15                                                        *Attorneys for Plaintiff*

16

17

18

19

20

21

22

23

24

25

26

27

28  No. 3:17-cv-04995-MMC                  2                        PLAINTIFF MUNIZ VOLUNTARY
                                                                   DISMISSAL WITHOUT
                                                                   PREJUDICE

**CERTIFICATE OF SERVICE**

I, Derek W. Loeser, hereby certify that on June 1, 2018, I electronically filed **PLAINTIFF MUNIZ NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Derek W. Loeser*
Derek W. Loeser